**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAY 21 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NUMBER: 14-30102-NJR |
| SHANNON L. MUSGRAVES, | ) |
| | ) 18 U.S.C. § 922(g)(1); |
| | ) 28 U.S.C. § 2461(c) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### FELON IN POSSESSION OF A FIREARM

On or about March 11, 2014, in Madison County, within the Southern District of Illinois,

**SHANNON L. MUSGRAVES**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: First Degree Murder, on or about January 13, 1994, in Madison County, Illinois Case Number 93-CF-1306, did knowingly possess, in and affecting commerce, a firearm, to wit: a black "Hi-Point," semi-automatic .40 caliber pistol, bearing serial number 761178, a better description of which is unknown to the Grand Jury. All in violation of 18 U.S.C. § 922(g)(1).

### Forfeiture of Firearms Allegation

Upon conviction of the offense alleged in this Indictment,

**SHANNON L. MUSGRAVES**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described above in this Indictment, including but not limited, to the following: a black "Hi-Point," semi-automatic .40 caliber pistol, bearing serial number 761178, and all ammunition contained within the firearm.

*Jonathan Drucker*
JONATHAN S. DRUCKER
Special Assistant United States Attorney

*Stephen R. Wigginton*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention