**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-CR-30102-NJR ) |
| SHANNON L. MUSGRAVES, | ) ) |
| Defendant. | ) |

## **MOTION FOR DETENTION**

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jonathan Drucker, Special Assistant United States Attorney, moves for the detention of the Defendant pending trial pursuant to 18 U.S.C. § 3142, for the following reasons:

( )     The United States asserts that the Defendant is a flight risk and no conditions or combination of conditions will assure the appearance of the Defendant for all proceedings in this case.

(X)     The United States asserts that Defendant is a danger to the community.

( )     The United States asserts that the Defendant is, or was at the time the offense was committed, on release pending trial for a felony, or on release pending imposition of execution of sentence (or appeal therefrom) or on probation or parole for any offense, all under Federal, State, or local law, or that the Defendant is not a citizen or lawfully admitted for permanent residence, and that the Defendant may flee or pose a danger to any other person or the community. Accordingly, the United States requests this Court to detain the Defendant for a period of not more than ten (10) days to permit notification to the proper court or official. 18 U.S.C. § 3142(d)(1).

( )     The United States asserts that there is probable cause to believe that the Defendant is subject to the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant or the safety of the community. 18 U.S.C. § 3142(e).

( )  The United States asserts that there is a serious risk that the Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

WHEREFORE, the United States of America respectfully requests that this Honorable Court schedule a detention hearing and enter an Order directing that the Defendant be detained until trial or for whatever other relief may be proper, pursuant to 18 U.S.C. § 3142(e). The United States does ( ) or does not (X) move for a three-day continuance from the time of the initial appearance or arraignment for the purpose of adequately preparing for the detention hearing. 18 U.S.C. § 3142(f).

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*s/ Jonathan S. Drucker*
JONATHAN S. DRUCKER
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax: (618) 628-3730
E-mail: Jonathan.Drucker@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CR-30102-NJR |
| | ) | |
| SHANNON L. MUSGRAVES, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I caused to be electronically filed **MOTION FOR DETENTION** with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/ Jonathan S. Drucker*
JONATHAN S. DRUCKER
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax:  (618) 628-3730
E-mail: Jonathan.Drucker@usdoj.gov